# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS RASHAAD,<br><br>                             Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                            Defendant. | Case No. 19-cv-1126-MMA (MDD)<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS' FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>[Doc. No. 27] |

On June 17, 2019, Demetrius Rashaad ("Plaintiff") filed this social security appeal challenging the denial of his application for disability insurance benefits. *See* Doc. No. 1 ¶¶ 6, 7, 9.[1] The Court referred all matters arising in this social security appeal to the assigned Magistrate Judge for report and recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1. *See* Doc. No. 9. On August 5, 2020, the Magistrate Judge issued a R&R recommending that the Court remand the case for further administrative action to determine whether Plaintiff is disabled. *See* Doc. No. 21.

---

[1] Citations refer to the pagination assigned by the CM/ECF system.

1

Andrew M. Saul, Commissioner of Social Security, ("Commissioner") objected to the R&R. *See* Doc. No. 22. The Court overruled the Commissioner's objection, adopted the Magistrate Judge's R&R, granted Plaintiff's motion for summary judgment, denied the Commissioner's cross-motion for summary judgment, and remanded the matter to the Social Security Administration for further administrative proceedings consistent with the Court's Order and the Magistrate Judge's R&R. *See* Doc. No. 24. The parties now stipulate to an award to Plaintiff of attorneys' fees and expenses in the total amount of $5,700.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) and costs in the amount of $400.00 under 28 U.S.C. § 1920. *See* Doc. No. 27.

The EAJA allows a prevailing party to seek attorney's fees from the United States within thirty days of final judgment. *See* 28 U.S.C. § 2412(d). "A sentence four remand becomes a final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. § 2412(d), upon expiration of the time for appeal." *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002) (citing *Shalala v. Schaefer*, 509 U.S. 292, 297 (1993)). If one of the parties is the United States, either party may file a notice of appeal within sixty days of the order appealed from. *See* Fed. R. App. P. 4(a)(1)(B). "A plaintiff who obtains a sentence four remand is considered a prevailing party for purposes of attorneys' fees." *Akopyan*, 296 F.3d at 854 (citing *Shalala*, 509 U.S. at 301–02). Therefore, Plaintiff is the prevailing party in this action for purposes of attorneys' fees and costs, the parties' joint motion is timely, and the Court finds the stipulated amount of fees and expenses reasonable.

Accordingly, the Court **GRANTS** the joint motion and **AWARDS** Plaintiff fees and expenses in the total amount of **$5,700.00** and costs in the total amount of **$400.00**.

**IT IS SO ORDERED**.

Dated: September 30, 2020

HON. MICHAEL M. ANELLO
United States District Judge